THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SALVATORE TROMBINO, Appellant.

(Submitted October 22, 1934; decided November 20, 1934.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 262 N. Y. 689.)